**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE D. HILL,

    Plaintiff,                                         No. CV 06-00260 PJH

    v.

**JUDGMENT**

THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

    This action having come before the court on the parties' cross-motions for summary judgment and the court having denied plaintiff's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is affirmed pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment under Federal Rules of Civil Procedure 58, and closes the case and terminates all pending motions.

Dated: October 27, 2006

**IT IS SO ORDERED.**

_____
PHYLLIS J. HAMILTON
United States District Judge